IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| **DALE MITCHELL** | : |
| **SHERRY MITCHELL** | : |
| Debtors | : Case No.  16-15902 JKF |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Dale and Sherry Mitchell have filed a Motion to Determine Secured Status of Lien pursuant to Section 506.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult an attorney.)**

1. If you do not want this court to grant the relief sought in the motion, then on or before  December 8, 2016 you or your attorney must do all of the following:

    (a) File an answer explaining your position at:
    United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:
    Michael Schwartz, Esquire
    707 Lakeside Office Park
    Southampton, PA  18966
    215-396-7900

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable JEAN K. FITZSIMON, United States Bankruptcy Judge, in Courtroom  3  at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA

19107-4299 on <u>December 15, 2016</u> at <u>9:30 A.M.</u>, or as soon thereafter as counsel can be heard, to consider the motion.

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at (215) 408-2000 to find out whether the hearing has been cancelled because no one filed an answer.

                **\s\ Michael Schwartz**
                **MICHAEL SCHWARTZ, ESQ**
                Attorney for Movant

November 8, 2016