**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
|     DALE MITCHELL | : |
|     SHERRY MITCHELL | : |
|         Debtors | : Case No.  16-15902 JKF |

**CERTIFICATE OF SERVICE**

I, Michael Schwartz, Esquire, hereby certify that Debtors' Motion For Determination Of Secured Status Of Debtors' Forth Mortgage Held By Bank of America under 11 U.S.C. §506(a) and accompanying Notice of Motion was sent on November 8, 2016, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties, including:

*sent regular and certified mail*
Cynthia Allman, VP BK
Real Time Resolutions, Inc.
Agent for Countrywide/Bank of America
1750 Regal Row, Suite 120
Dallas, TX  75235

*sent regular and certified mail*
Brian Moynihan, CEO
Bank of America
100 North Tryon Street
Charlotte, North Carolina 28255

    \s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtors**