## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **: Chapter 13** |
| **DALE MITCHELL** | **:** |
| **SHERRY MITCHELL** | **:** |
| **Debtors** | **: Case No.   16-15902 JKF** |

### <u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

I, MICHAEL SCHWARTZ, ESQUIRE, hereby certify that I filed the Motion For Determination Of Secured Status Of Debtors' Forth Mortgage Held By Bank of America under 11 U.S.C. §506(a) with the Clerk of the United States Bankruptcy Court on November 8, 2016 and sent notice via electronic notification and/or First Class Mail on November 8, 2016 to Bank of America, the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,

_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor