United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dale Mitchell  
Sherry Mitchell  
     Debtors

Case No. 16-15902-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db/jdb       +Dale Mitchell,    Sherry Mitchell,    456 Clearview Avenue,    Trevose, PA 19053-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC  
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         MICHAEL SETH SCHWARTZ    on behalf of Debtor Dale   Mitchell msbankruptcy@verizon.net  
         MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Sherry   Mitchell msbankruptcy@verizon.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                         TOTAL: 5

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
|     DALE MITCHELL | : |
|     SHERRY MITCHELL | : |
|                  Debtors | : Case No.   16-15902 JKF |

## ORDER

**AND NOW,** upon consideration of the Debtors' Motion for Determination of Secured Status of Debtors' Fourth Mortgage held by Bank of America under 11 U.S.C. Section 506(a) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The fourth mortgage held by Bank of America, its successors and assigns, is hereby declared to be wholly unsecured under section 506 of the Bankruptcy Code and is therefore subject to modification under the Debtors' Chapter 13 Plan.

3. ~~Any Proof of Claim filed by Bank of America, N.A. or its designated agent, with regard to the Fourth Mortgage on 486 Clearview Avenue, Trevose, PA, shall be treated as a wholly unsecured claim regardless of the characterizations stated by the creditor in any proof of claim.~~

Date:   December 15, 2016

                                                                   Honorable Jean K. FitzSimon
                                                                     U.S. BANKRUPTCY JUDGE