**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **: Chapter 13** |
|     **DALE MITCHELL** | **:** |
|     **SHERRY MITCHELL** | **:** |
|         **Debtors** | **: Case No.   16-15902 JKF** |

## CERTIFICATE OF SERVICE

I, Michael Schwartz, Esquire, hereby certify that Debtors' Motion For Determination Of Secured Status Of Debtors' Third Mortgage Held By Wells Fargo Bank, NA under 11 U.S.C. §506(a) and accompanying Notice of Motion was sent on December 21, 2016, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties, including:

*sent regular and certified mail*
Mallory Rohwer, Vice President Loan Documentation
Wells Fargo Bank, NA
1 Home Campus X2303-01A
Des Moines, IA  50328-0001


    **\s\ Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtors**