United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dale Mitchell  
Sherry Mitchell  
      Debtors

Case No. 16-15902-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Feb 24, 2017  
                          Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.  
db/jdb       +Dale Mitchell,    Sherry Mitchell,    456 Clearview Avenue,    Trevose, PA 19053-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC  
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         MICHAEL SETH SCHWARTZ    on behalf of Debtor Dale   Mitchell msbankruptcy@verizon.net  
         MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Sherry   Mitchell msbankruptcy@verizon.net  
         THOMAS I. PULEO    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC tpuleo@kmllawgroup.com,   
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dale Mitchell and Sherry Mitchell
    Debtor(s)                Chapter: 13

                               Bankruptcy No: 16–15902–jkf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

  AND NOW, this February 23, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Jean K. FitzSimon
                      Judge ,
                      United States Bankruptcy Court