# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **Dale Mitchell**                :    **Chapter 13**
          **Sherry Mitchell**              :    **Bankruptcy No.**
                                            :    **16-15902-jkf**

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion for Approval of Compensation (Application for compensation) with the Clerk of the United States Bankruptcy Court on February 23, 2017 and sent notice via electronic notification and/or First Class Mail on February 23, 2017 to the Trustee and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                      Respectfully Submitted,

                                      _____\s\ Michael Schwartz_____
                                      **MICHAEL SCHWARTZ, ESQUIRE**
                                      Attorney for Debtor