United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dale Mitchell  
Sherry Mitchell  
       Debtors

Case No. 16-15902-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Mar 21, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.  
db/jdb       +Dale Mitchell,    Sherry Mitchell,    456 Clearview Avenue,    Trevose, PA 19053-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         MICHAEL SETH SCHWARTZ    on behalf of Debtor Dale   Mitchell msbankruptcy@verizon.net  
         MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Sherry   Mitchell msbankruptcy@verizon.net  
         THOMAS I. PULEO    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                         TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Dale Mitchell** | : | **Chapter 13** |
| | **Sherry Mitchell** | : | **Bankruptcy No.** |
| | | : | **16-15902-jkf** |

### ORDER

      **AND NOW,** this _____ day of _____, 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,500.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,000.00 from the estate to the extent provided by the confirmed Plan.

**Date: March 21, 2017**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge