**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                                  Case No. 16-15902-elf
                                                                                            Chapter 13
DALE MITCHELL

SHERRY MITCHELL

Debtor(s).

## NOTICE OF APPEARANCE

**Select Portfolio Servicing, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     */s/  Christopher M. McMonagle, Esquire*
           Christopher M. McMonagle, Esquire,
           Bar No: 316043
           Stern & Eisenberg, PC
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976
           Phone: (215) 572-8111
           Fax: (215) 572-5025
           cmcmonagle@sterneisenberg.com
           Attorney for Creditor

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of March, 2019, to the following:

Michael Seth Schwartz
Law Ofiice of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966
msbankruptcy@verizon.net
*Attorney for Debtor(s)*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Dale Mitchell
456 Clearview Avenue
Trevose, PA 19053

Sherry Mitchell
456 Clearview Avenue
Trevose, PA 19053
*Debtor(s)*


               By:  */s/Christopher M. McMonagle, Esquire*