United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dale Mitchell
Sherry Mitchell
    Debtors

Case No. 16-15902-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Mar 14, 2019
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13812157      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 15 2019 03:32:16
       Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
       Coral Gables, Florida 33146-1837
                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
      CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   Select Portfolio Servicing, Inc
       cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC
       bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      MICHAEL SETH SCHWARTZ   on behalf of Debtor Dale  Mitchell msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
      MICHAEL SETH SCHWARTZ   on behalf of Joint Debtor Sherry  Mitchell msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
      REBECCA ANN SOLARZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15902-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dale Mitchell
456 Clearview Avenue
Trevose PA 19053

Sherry Mitchell
456 Clearview Avenue
Trevose PA 19053

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida, 33146

Name and Address of Transferee:

Select Portfolio Servicing, Inc
as servicer for Federal Home Loan Mortg
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/16/19

Tim McGrath
**CLERK OF THE COURT**