Certificate Number: 15317-PAE-DE-035302682

Bankruptcy Case Number: 16-15902



15317-PAE-DE-035302682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2021, at 5:58 o'clock PM PST, Sherry J Mitchell completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 25, 2021

By: /s/Edem Bohol

Name: Edem Bohol

Title: Counselor