Certificate Number: 15317-PAE-DE-035302681

Bankruptcy Case Number: 16-15902



15317-PAE-DE-035302681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 25, 2021</u>, at <u>5:58</u> o'clock <u>PM PST</u>, <u>Dale E Mitchell</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 25, 2021</u>                    By:    <u>/s/Edem Bohol</u>

                                                     Name:  <u>Edem Bohol</u>

                                                     Title:  <u>Counselor</u>