# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Sherry Mitchell** | : | **Case No.: 16-15902** |
| **Dale Mitchell** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

20-005654_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In re:** | : |
|  | : **Case No.:** 16-15902 |
| **Sherry Mitchell** | : **Chapter 13** |
| **Dale Mitchell** | : **Judge Eric L. Frank** |
|  | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** |  |
|  | : |
| **Wells Fargo Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
|  | : |
| vs | : |
|  | : |
| **Sherry Mitchell** | : |
| **Dale Mitchell** | : |
|  | : |
| **William C. Miller, Esq.** | : |
| **Respondents.** |  |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Michael Seth Schwartz, Attorney for Sherry Mitchell and Dale Mitchell, Law Office of Michael Schwartz, 707 Lakeside Office Park, Southampton, PA 18966, msbankruptcy@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Sherry Mitchell and Dale Mitchell, 456 Clearview Avenue, Trevose, PA 19053

Sherry Mitchell and Dale Mitchell, 456 Clearview Ave, Trevose, PA 19053

Bayview Loan Servicing LLC, PO Box 650091, Dallas, TX 75265-0091

20-005654_PS

Real Time Resolutions, PO Box 35888, Dallas, TX  75235-0888

Wells Fargo Bank Nv NA, PO Box 4233, Portland, OR  97208-4233

DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-005654_PS