United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15902-elf |
| Dale Mitchell | Chapter 13 |
| Sherry Mitchell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Mitchell, Sherry Mitchell, 456 Clearview Avenue, Trevose, PA 19053-3323 |
| 13779270 | | Atlantic Credit and Finance, c/o John P. Frye, PO Box 11767, Roanoke, VA 24022-1767 |
| 13779271 | | Bayview Loan Servicing LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 13779274 | + | Hsbc Bank, Hsbc Card Services / Attn: Bankruptcy De, Po Box 5213, Carol Stream, IL 60197-5213 |
| 14286752 | + | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14282979 | + | Select Portfolio Servicing, Inc., c/o Christopher M. McMonagle,Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 13779278 | + | Wells Fargo Bank Nv Na, PO Box 31557, Billings, MT 59107-1557 |
| 13779277 | | Wells Fargo Bank Nv Na, PO Box 4233, Portland, OR 97208-4233 |
| 14469921 | | Wells Fargo Bank, N.A., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13814236 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 02 2021 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2021 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2021 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13812157 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 02 2021 00:16:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1873 |
| 13779272 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2021 00:21:47 | Capital One, N.a., Capital One Bank (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13779275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2021 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13779273 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2021 00:21:38 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13779276 | | Email/Text: bkdepartment@rtresolutions.com | Oct 02 2021 00:16:00 | Real Time Resolutions, PO Box 35888, Dallas, TX 75235-0888 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 01, 2021 | Form ID: 138OBJ | Total Noticed: 18

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13814248 | * | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| ANDREW M. LUBIN | on behalf of Creditor Select Portfolio Servicing  Inc alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Select Portfolio Servicing  Inc cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Dale Mitchell msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| MICHAEL SETH SCHWARTZ | on behalf of Joint Debtor Sherry Mitchell msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dale Mitchell and Sherry Mitchell
      Debtor(s)

Case No: 16−15902−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/1/21