United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15902-elf |
| Dale Mitchell | Chapter 13 |
| Sherry Mitchell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dale Mitchell, Sherry Mitchell, 456 Clearview Avenue, Trevose, PA 19053-3323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021                                     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| **ADAM BRADLEY HALL** | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| **ANDREW M. LUBIN** | on behalf of Creditor Select Portfolio Servicing Inc alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| **CHRISTOPHER M. MCMONAGLE** | on behalf of Creditor Select Portfolio Servicing Inc cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| **JOSHUA I. GOLDMAN** | on behalf of Creditor BAYVIEW LOAN SERVICING LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| **KENNETH E. WEST** | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2021 | Form ID: 195 | Total Noticed: 1 |

MICHAEL SETH SCHWARTZ
 on behalf of Debtor Dale Mitchell msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com

MICHAEL SETH SCHWARTZ
 on behalf of Joint Debtor Sherry Mitchell msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com

REBECCA ANN SOLARZ
 on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS I. PULEO
 on behalf of Creditor BAYVIEW LOAN SERVICING  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Dale Mitchell and Sherry Mitchell  : Case No. 16−15902−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 17, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

65
Form 195